BRIAN STRETCH
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA ALISSA BENNETT, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 3:15-cv-4415-JST <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Motion for Summary Judgment be extended from March 23, 2016 to April 22, 2016.  This is Defendant's first request for an extension of time to respond to Plaintiff's motion.  Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly: Plaintiff's reply may be filed within 14 days of the filing of Defendant's response, on or before May 6, 2016.

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 21, 2016 | */s/ David J. Linden* |
|   | (*as authorized via e-mail on March 21, 2016) |
|   | David J. Linden |
|   | Attorney for Plaintiff |
|   |   |
| Dated: March 21, 2016 | BENJAMIN B. WAGNER |
|   | United States Attorney |
|   | DEBORAH LEE STACHEL |
|   | Acting Regional Chief Counsel, Region IX |
|   | Social Security Administration |
| By: | */s/ Marcelo Illarmo* |
|   | MARCELO ILLARMO |
|   | Special Assistant United States Attorney |
|   |   |
|   | Attorneys for Defendant |

ORDER

APPROVED AND SO ORDERED:

Dated: March 23, 2016

_____
THE HONORABLE JOHN S. TIGAR
United States District Court Judge